IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:21-CR-12-JDK-KPJ-1 |
| D'ANGELO PHEA (1) | § § § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 2, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Federal Public Defender Brian O'Shea. The Government was represented by Assistant United States Attorney William Tatum.

On March 30, 2022, United States District Judge Jeremy D. Kernodle sentenced Defendant to a term of fourteen (14) months imprisonment followed by three (3) years of supervised release. *See* Dkt. 51 at 1. On January 24, 2023, Defendant completed his term of imprisonment and began serving the term of supervision. *See id.*

On April 24, 2024, the U.S. Probation Officer filed the First Amended Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 51), alleging Defendant violated seven conditions of supervised release. *See id.* at 1–4. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant must refrain from any unlawful use of a controlled substance; (2) Defendant must report to the probation officer as instructed; (3) Defendant must participate in a program of testing and treatment for substance abuse and follow the rules and regulations of that program until discharged; (4) Defendant shall pay to the

1

United States a special assessment of $100.00; (5) Defendant must not commit another federal, state, or local crime; (6) Defendant must not unlawfully possess a controlled substance; and (7) Defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1) Defendant submitted a urine specimen at the United States Probation Office in Sherman, Texas, which tested positive for marijuana on January 27, 2023, March 28, 2023, April 26, 2023, June 8, 2023, and June 28, 20023. All specimens were confirmed positive by the national lab.

An interpretation report from the national lab revealed new use prior to the collection of the following urine specimens: after January 27, 2023, and prior to the collection on March 28, 2023; after March 28, 2023, and prior to the collection on April 26, 2023; and after May 2, 2023, and prior to the collection on June 8, 2023.

(2) Defendant failed to submit an electronic monthly report by the 5th of the month for the following months: March 2023; April 2023; and June 2023.

(3) As a part of the random urinalysis program, Defendant failed to report to the United States Probation Office in Sherman, Texas to submit a urine specimen on April 6, 2023, May 8, 2023, July 7, 2023, July 31, 2023, and August 1, 2023.

Defendant Phea failed to report to Fletcher Counseling, Plano, Texas on February 25, 2023, for a scheduled substance abuse assessment.

Defendant failed to report to Fletcher Counseling, Plano, Texas on April 8, 2023, for a scheduled substance abuse treatment appointment.

(4) On February 23, 2023, Defendant was instructed to pay the special assessment, in full, by April 1, 2023. To date, he has failed to pay as directed and the full balance remains outstanding.

(5) On October 31, 2023, Denison, Texas Police Department was dispatched to a location in Denison, Texas after receiving a call saying Defendant flashed a gun while children were waiting for the school bus. Officers went to Defendant's residence, and they were advised he was not home and subsequently they were denied entry into the home to search for him. Officers left the residence and moved out of sight of the house to see if Defendant would come out. Shortly thereafter officers saw Defendant exiting the rear of the residence. Defendant was given verbal commands to stop; however, Defendant started running. Verbal instructions were given again for Defendant to stop running and he complied. When officers

    searched his backpack, they found a black Tisas PX-9 pistol and 2.5 ounces of marijuana and a scale. The marijuana was found in a clear baggie, a large plastic bag and a prescription container. As a result, Defendant was arrested for the following offenses: Felon in Possession of a Firearm; Unlawfully Carrying a Weapon with Felony Conviction; Evading Detention; and Possession of Marijuana Less Than 4 Ounces Greater Than 2 Ounces.

    On April 3, 2024, Defendant pled guilty to Count 1 of the Indictment, Unlawful Possession of a Firearm By a Felon, a Third Degree Felony under Grayson County Docket Number 076995. Count 2 of the Indictment, Unlawfully Carrying a Weapon With Felony Conviction, was dismissed. On April 3, 2024, he was sentenced to 4 years in the Texas Department of Criminal Justice.

    On April 16, 2024, Defendant pled guilty to Evading Arrest Detention, A Class A Misdemeanor under Grayson County Docket Number 2024-2- 0411. He was sentenced, on this same date, to 100 days imprisonment and given credit for time previously served.

    On April 16, 2024, Defendant pled guilty to Possession of Marijuana Less Than Four Ounces More Than Two Ounces, A Class A Misdemeanor under Grayson County Docket Number 2024-2- 0412. He was sentenced, on this same date, to 100 days imprisonment and given credit for time previously served.

(6)     On October 31, 2023, Denison, Texas Police Department found Defendant in possession of 2.5 ounces of marijuana.

    On April 16, 2024, Defendant pled guilty to Possession of Marijuana Less Than Four Ounces More Than Two Ounces, A Class A Misdemeanor. The Grayson County Case Number is 2024-2-0412. He was sentenced to 100 days imprisonment and given credit for time previously served.

(7)     According to the Indictment, on October 31, 2023, Defendant possessed a firearm in Grayson County, Texas. The Denison, Texas Police Department Case Report, indicated the firearm was a black Tisas PX-9 pistol serial number T062023DC03324.

    On April 3, 2024, Defendant pled guilty to Unlawful Possession of a Firearm By a Felon, a Third Degree Felony. The Grayson County Case Number is 076995. He was sentenced to 4 years in the Texas Department of Criminal Justice.

    On July 2, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for July 2, 2024. Defendant entered a plea of true to allegation one through seven, consented to revocation of his supervised release, and waived his right to object to the proposed findings and

recommendations of the undersigned. *See id.*; Dkt 65. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

### RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the July 2, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of seven (7) months, to run consecutive to any other term of imprisonment, with twenty-nine (29) months of supervised release to follow under the previous conditions of supervised release. The Court further recommends Defendant be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

**So ORDERED and SIGNED this 3rd day of July, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE